IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY E. ROBINSON, SR., | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV285 |
| | ) | |
| v. | ) | |
| | ) | |
| BNSF RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Plaintiff Anthony E. Robinson, Sr., a non-prisoner, filed a motion for leave to proceed *in forma pauperis* (Filing No. 2). Upon review of plaintiff's motion, the Court finds that plaintiff is financially eligible to proceed *in forma pauperis*. Accordingly,

IT IS ORDERED that leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

DATED this 15th day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court